UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

MICHAEL S. WELLS,

Plaintiff,

STIPULATION OF DISMISSAL

Case No.: 9:25-cv-1535 (MAD/DJS)

vs.

PEGGY HARPER, in both her official capacity as St. Lawrence County Jail Administrator and Individually; RICK ENGLE, St. Lawrence County Sheriff in both his official capacity and individually; ST. LAWRENCE COUNTY, CHRISTOPHER DELANO In both his official capacity as an employee of New York State Department of Corrections and Community Supervision and Individually; NEW YORK STATE; and JOHN DOES and JANE DOES

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Northern District of New York, by and between the undersigned, the attorney of record for all St. Lawrence County employed or affiliated parties to the above entitled action, and the *Pro Se* Plaintiff, Michael J. Wells, that, whereas no party

hereto is an infant or incompetent person, the above entitled action and any claims and counterclaims be, and the same hereby dismissed with prejudice, without costs to either party as against the other. The parties agree that this Stipulation may be signed in counterparts.

Date: August 20, 2026
At Canton, New York

STEPHEN D. BUTTON, ESQ.
County Attorney
St. Lawrence County
Office of the County Attorney
48 Court Street
Canton, New York 13617
Email: sbutton@stlawco.gov
Tel.: (315) 379-2269
Fax.: (315) 379-2254

Date:

Michael James Wells
DIN# 11-A-2829
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458
PRO SE

Date: 9/10/2026
SO ORDERED

Hon. Mae A. D'Agostino
United States District Court Judge